UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X. :
LIAN, LI C. CHEN, and CAI S. CHEN, :
:
                      Plaintiffs, : Civil No. 08 CV 02060
:
      v. :
: CERTIFICATE OF SERVICE
KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., :
KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC., :
YI XIANG CAO, XIN JIE WANG, PING ZHUANG :
WANG, ZI LI KE, and YI FENG WANG, :
:
                      Defendants. :
:
------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 29th day of February 2008, the Complaint and Civil Cover Sheet were served by First Class Mail upon:

                Attorney General Andrew Cuomo
                c/o Jennifer Brand, Chief of Labor Bureau
                Office of the New York State Attorney General
                120 Broadway, 3rd Floor
                New York, NY  10271

        2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
           March 3, 2008

                                                      /s/Richard V. Conza
                                                       Richard V. Conza