**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HONG S. HAN, WEN D. LIN, et al.,

      Plaintiff(s),

  -against-                                    AFFIDAVIT OF SERVICE
                                                                                 08 CV 02060

KAWA SUSHI INC., SUSHI 8 AVENUE, INC., et al.,

      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                           S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 14TH day of March, 2008, at approximately the time of 1:00P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN AND ECF PROCEDURES AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon KAWA SUSHI 8 AVE INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

DEBORAH LaPOINTE
Sworn to before me this
14TH day of March, 2008

NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #: 200803140386
Date of Service: 03/14/2008
Service Company: 10 D.L.S. INC. - 10

Cash #: 200803140356
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  KAWA SUSHI 8 AVE INC.

Plaintiff/Petitioner:
          HAN, HONG S

Service of Process Address:
KAWA SUSHI 8 AVE INC.
24 8TH AVENUE
NEW YORK, NY 10014

Secretary of State
By  DONNA CHRISTIE