UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Hong S. Han, Wen D. Lin, Tian W. Ye, Xiao
X. Lian, Li C. Chen, and Cai S. Chen,
   Plaintiff(s),

 -against-

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE,
INC., et al.,
   Defendant(s).
------------------------------------------------------X

JUDGE SCHEINDLIN
Index No. 08 CV 02060

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
       S.S.
COUNTY OF NEW YORK)

  ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

  That on the 17th day of March 2008, at approximately the time of 2:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATES JUDGE RONALD L. ELLIS, HONORABLE SHIRA A. SCHEINDELIN SUGGESTED RULES OF DISCOVERY PRACTICE, INDIVIDUAL RULES AND PROCEDURES JUDGE SHIRA A. SCHEINDLIN** upon Ping Zhuang Wang a/k/a Wang Ping Zhuang at Kawa Sushi II at 25 West Street, New York, NY 10011, by personally delivering and leaving the same with Brian Plchoo, Waiter, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Ping Zhuang Wang is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

  Brian Plchoo is a Asian male, approximately 30 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 160 pounds with black hair and dark eyes wearing glasses.

That on the 18th day of March 2008, deponent served another copy of the foregoing upon Ping Zhuang Wang a/k/a Wang Ping Zhuang at Kawa Sushi II at 25 West Street, New York, NY 10011, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
ROBERT MILLS #1004298

Sworn to before me this
19th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___