UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Hong S. Han, Wen D. Lin, Tian W. Ye, Xiao
X Lian, Li C. Chen, and Cai S. Chen,
        Plaintiff(s),                                        Index No. 08 CV 02060

    -against-                                                     AFFIDAVIT OF SERVICE

Kawa Sushi Inc., Kawa Sushi 8 Avenue,
Inc., et al.,
        Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 22nd day of March 2008, at approximately 8:15 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, HONORABLE SHIRA A. SCHEINDLIN SUGGESTED RULES OF DISCOVERY PRACTICE AND INDIVIDUAL RULES AND PROCEDURES JUDGE SHIRA A. SCHEINDLIN** upon Yi Xiang Cao a/k/a Cao Yi Xiang at 221-47 59th Avenue, 1st Floor, Oakland Gardens, NY 11364, by personally delivering and leaving the same with Yi Xiang Cao at that address. At the time of service, deponent asked Yi Xiang Cao whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Yi Xiang Cao is a Asian male, approximately 53 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 160 pounds with thinning black hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
26th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08