UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X. LIAN, LI C. CHEN, and CAI S. CHEN, | Civil No. 08 CV 02060 |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG, | |
| Defendants. | |

-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Jenny Zhao, Esq, a member of Law Offices of Wong, Wong & Associates. P.C. hereby appears in connection with the above-referenced action on behalf of Defendants KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,

     I certify that I am admitted to practice in this court

     Respectfully submitted

     Wong, Wong & Associates, P.C.
     150 Broadway, 1588
     New York, New York 10038
     Tel: (212) 566-8080
     Fax: (212) 566-8960

Dated: April 1. 2008
     New York, New York

     /s/_____
     Jenny Zhao (JZ3134)

     ATTORNEYS FOR DEFENDANTS

                        KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,

TO:

    Thomas J. Moloney (tmoloney@cgsh.com)
    Rahul Mukhi (rmukhi@cgsh.com)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    Attorneys for Plaintiffs
    1 Liberty Plaza
    New York, NY 10006
    Tel:  212.225.2000
    Fax:  212.225.3999
    Attorneys for Plaintiff

    David Colodny (dcolodny@urbanjustice.org)
    URBAN JUSTICE CENTER
    Attorneys for Plaintiffs
    123 William Street, 16th Floor
    New York, NY 10038
    Tel:  646.459.3006
    Fax:  212.533.4598