UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
Han :
:
v :
:
Kowa Sushi :
:
:
------------------------------------------------------------X

DOC
DATE FILED: 4/1/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2060 (SAS)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         April 1, 2006

_____
United States District Judge

June would be best. Thanks