UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X. LIAN, LI C. CHEN, and CAI S. CHEN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,<br><br>　　　　　　　　　　Defendants. | Civil No. 08CV 02060 (SAS)<br><br>DEFENDANTS RULE 7.1 DISCLOSURE STATEMENT |

------------------------------------------------------------------X

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, defendants KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG (hereinafter sometimes referred to collectively as "Defendants"), by and through their undersigned counsel, a member of WONG, WONG & ASSOCIATES, P.C. certify that defendants do not have corporate parents, subsidiaries, or affiliates which are publicly held:

Dated: April 22. 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　Wong, Wong & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　150 Broadway, 1588
　　　　　　　　　　　　　　　　　　　　New York, New York 10038

Tel: (212) 566-8080
Fax: (212) 566-8960


/s/      Jenny Zhao      .
By: Jenny Zhao (JZ3134)

ATTORNEYS FOR DEFENDANTS
KAWA SUSHI INC., KAWA SUSHI 8
AVENUE, INC., KAWA SUSHI II, INC.,
YI XIANG CAO, XIN JIE WANG, PING
ZHUANG WANG, ZI LI KE, and YI FENG
WANG,