THE LAW OFFICES OF SCOTT B. TULMAN
& ASSOCIATES, PLLC
Scott Tulman (ST-2443)
Susan Papano (SP-2294)
369 Lexington Avenue, Suite 1500
New York, New York  10017
(212) 867-3600
Attorneys for Defendant Sushi a la Kawa 22, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO
X. LIAN, LI C. CHEN, and CAI S. CHEN,                    Civil No. 08 CV 02060 (SAS)
                  Plaintiffs,

      v.                                                       NOTICE OF
                                                                           APPEARANCE

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE,
INC., KAWA SUSHI II, INC., SUSHI A LA
KAWA 22, INC., YI XIANG CAO, XIN JIE
WANG, PING ZHUANG WANG, ZI LI KE, and YI
FENG WANG,
                  Defendants.
----------------------------------------------------------------X

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Scott B. Tulman, Esq. and Susan G. Papano, Esq.,
of The Law Offices of Scott B. Tulman & Associates, PLLC, hereby appear in

connection with the above-captioned action as counsel for Defendant SUSHI A LA KAWA 22, INC., ("Defendant").  The undersigned is admitted to practice in this Court.

Dated:  May 8, 2008
       New York, New York

                                   Respectfully submitted,

                                   THE LAW OFFICES OF SCOTT B.
                                   TULMAN & ASSOCIATES, PLLC

                                   369 Lexington Avenue, 15th Floor
                                   New York, New York  10017
                                   (212) 867-3600

                                   By:/s/_____
                                   Scott B. Tulman (ST-2443)
                                   Susan G. Papano (SP-2294)

                                   Attorneys for Defendant Sushi a la
                                   Kawa 22, Inc.