THE LAW OFFICES OF SCOTT B. TULMAN
& ASSOCIATES, PLLC
Scott Tulman (ST-3310)
Susan Papano (SP-2294)
369 Lexington Avenue, Suite 1500
New York, New York  10017
(212) 867-3600
Attorneys for Defendant Sushi a la Kawa 22, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO
X. LIAN, LI C. CHEN, and CAI S. CHEN,   Civil No. 08 CV 02060 (SAS)
                Plaintiffs,

      v.   RULE 7.1
          DISCLOSURE STATEMENT

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE,
INC., KAWA SUSHI II, INC., SUSHI A LA
KAWA 22, INC., YI XIANG CAO, XIN JIE
WANG, PING ZHUANG WANG, ZI LI KE, and YI
FENG WANG,
                Defendants.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SUSHI

A LA KAWA 22, INC., ("Defendant"), by and through its attorneys,  The Law Offices of

Scott B. Tulman & Associates, PLLC, hereby makes the following disclosures:


    1.      Defendant is a non-governmental corporate party in the above-

           captioned action.

2. None of the stock of the Defendant is owned by any corporation. No publicly held corporation owns 10% or more of the stock of the Defendant.

Dated: May 8, 2008
       New York, New York

Respectfully submitted,

THE LAW OFFICES OF SCOTT B. TULMAN & ASSOCIATES, PLLC

369 Lexington Avenue, 15th Floor
New York, New York 10017
(212) 867-3600

By:/s/_____
Scott B. Tulman (ST-3310)
Susan G. Papano (SP-2294)

Attorneys for Defendant Sushi a la Kawa 22, Inc.