UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X.
LIAN, LI C. CHEN, and CAI S. CHEN,

                Plaintiffs,

                v.

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC.,
KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC.,
YI XIANG CAO, XIN JIE WANG, PING ZHUANG
WANG, ZI LI KE, and YI FENG WANG,

                Defendants.

------------------------------------------------------------------X

Civil No. 08 CV 02060

**MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David Colodny, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Benjamin Holt
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10033
Phone: (646) 459-3019
Fax: (212) 533-4598
Email: bholt@urbanjustice.org

Benjamin Holt is a member in good standing of the Bar of the State of Tennessee. There are no pending disciplinary proceeding against Benjamin Holt in any State or Federal court.

Dated: May 15, 2008

City, State: New York, NY

Respectfully submitted,

_____
David Colodny (DC 4234)
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10033
Phone: (646) 459-3006
Fax: (212) 533-4598
Email: dcolodny@urbanjustice.org

2

## CERTIFICATE OF SERVICE

    I hereby certify that the instant motion was forwarded on May 15, 2008 via first class mail to the following:

Jenny Zhao, Esq.
Wong, Wong & Associates, P.C.
150 Broadway, 1588
New York, NY 10038

*Attorney for Defendants Kawa Sushi, Inc., Kawa Sushi 8 Avenue, Inc., Kawa Sushi II, Inc., Yi Xiang Cao, Zi Li Ke, Xin Jie Wang, Ping Zhuang Wang, and Yi Feng Wang*

Susan Papano, Esq.
The Law Offices of Scott B. Tulman & Associates, PLLC
369 Lexington Avenue
Suite 1500
New York, New York 10017

*Attorney for Defendant Sushi A La Kawa 22, Inc.*

                                                                               David Colodny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X. LIAN, LI C. CHEN, and CAI S. CHEN,

                 Plaintiffs,

v.

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,

                 Defendants.

------------------------------------------------------------------X

Civil No. 08 CV 02060

**AFFIDAVIT OF DAVID COLODNY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                          ) ss:
County of New York  )

David Colodny, being duly sworn, hereby deposes and says as follows:

1.    I am counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Benjamin Holt as counsel pro hac vice to represent Plaintiffs in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 3, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Benjamin Holt since 2003.

4.    Benjamin Holt is a staff attorney at the Urban Justice Center.

2

5.  I have found Benjamin Holt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Benjamin Holt, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Benjamin Holt, pro hac vice, which is attached hereto as an Exhibit.

WHEREFORE it is respectfully requested that the motion to admit Benjamin Holt, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated:       May 15, 2008

City, State: New York, NY

Notarized:

ELIZABETH TAMMY HIM
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #02HI6179258
COMM. EXP. 12/24/2011

Respectfully submitted,

David Colodny (DC 4234)
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10033
Phone: (646) 459-3006
Fax: (212) 533-4598
Email: dcolodny@urbanjustice.org

2

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that BENJAMIN HOLT is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 14, 2005.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 9th day of May, 2008.

Michael W. Catalano, Clerk

By _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X.
LIAN, LI C. CHEN, and CAI S. CHEN,

                Plaintiffs,

                v.

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC.,
KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC.,
YI XIANG CAO, XIN JIE WANG, PING ZHUANG
WANG, ZI LI KE, and YI FENG WANG,

                Defendants.

------------------------------------------------------------------X

Civil No. 08 CV 02060

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David Colodny, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Benjamin Holt
    Urban Justice Center
    123 William Street, 16th Floor
    New York, NY 10033
    Phone: (646) 459-3019
    Fax: (212) 533-4598
    Email: bholt@urbanjustice.org

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____<br>United States District/Magistrate Judge