

Urban Justice Center
123 William Street, 16th floor, New York, NY 10038
Tel: (646) 602-5600 • Fax: (212) 533-4598
www.urbanjustice.org

May 23, 2008

Board of Directors

Mitchell A. Lowenthal, Esq.
*Chairman*
Partner
Cleary Gottlieb Steen & Hamilton LLP

Felipe Aransaenz
Managing Director
York Stockbrokers

Michael A. Barasch, Esq.
Partner
Barasch McGarry Salzman & Penson

Pat Budziak
Member
i2 Foundation

Peter Cicchino, Esq.
*In Memoriam* (1960-2000)

Jonathan Cole, Ph. D.
J.M. Mason Professor of the University
Provost & Dean of Faculties, *Emeritus*
Columbia University

Marc Falcone, Esq.
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Jeffrey D. Haroldson, Esq.
President
HDG Mansur Capital Group, LLC

Helen Hershkoff, Esq.
Professor
New York University School of Law

Raquiba LaBrie, Esq.
Program Director
Open Society Institute

Stephen Loffredo, Esq.
Professor
CUNY Law School

Christopher J. Meade, Esq.
Partner
WilmerHale

Arnold B. Peinado, III, Esq.
Partner
Milbank, Tweed, Hadley & McCloy LLP

David A. Singleton, Esq.
Executive Director
Ohio Justice and Policy Center

Christopher K. Tahbaz, Esq.
Partner
Debevoise & Plimpton LLP

David Tobis, Ph.D.
Executive Director
Fund for Social Change

Executive Director
Douglas Lasdon, Esq.

**VIA ECF**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

      Re:    *Han, et al. v. Kawa Sushi, Inc., et al.*, 1:08-cv-02060-SAS

Dear Judge Scheindlin:

    The Plaintiffs in the above-referenced action hereby respectfully request to withdraw the motion for pro hac vice admission of Benjamin Holt as co-counsel for Plaintiffs (Docket #23). Undersigned counsel mistakenly filed the motion by ECF, and not in accordance with Your Honor's Individual Practices. Plaintiffs apologize for this error, and will submit a letter and proposed order in accordance with Your Honor's Individual Practices seeking Mr. Holt's admission.

                            Respectfully Submitted,

                            David Colodny
                            Senior Staff Attorney

cc:    Susan Papano, Esq.
        Jenny Zhao, Esq.

*individual rights • social change*