**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO          Civil No. 08 CV 02060
X. LIAN, LI C. CHEN, and CAI S. CHEN,

                               Plaintiffs,
                                                           **NOTICE OF**
               v.                                                       **APPEARANCE**

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE,
INC., KAWA SUSHI II, INC., SUSHI A LA
KAWA 22, INC., YI XIANG CAO, XIN JIE
WANG, PING ZHUANG WANG, ZI LI KE, and YI
FENG WANG,

                               Defendants.

-------------------------------------------------------------------X

**COUNSEL:**

      **PLEASE TAKE NOTICE**, Anna Guiliano, Esq., of the firm of Wong, Wong & Associates, P.C., hereby replaces Jenny Zhao, Esq. in this matter, as the Attorney for defendants KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG. Please mark your records accordingly.

Dated: New York, New York
       May 28, 2008

                                         Yours, etc.,

                                         Wong, Wong & Associates, P.C.

                                         By: s/ Anna Guiliano
                                            Anna Guiliano, Esq. (AG0395)

**ATTORNEYS FOR DEFENDANTS**
KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,
150 Broadway, Suite 1588
New York, NY 10038
(212) 566-8080

TO:

   Thomas J. Moloney (tmoloney@cgsh.com)
   Rahul Mukhi (rmukhi@cgsh.com)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
   Attorneys for Plaintiffs
   1 Liberty Plaza
   New York, NY 10006
   Tel:  212.225.2000
   Fax:  212.225.3999
   Attorneys for Plaintiff

   David Colodny (dcolodny@urbanjustice.org)
   URBAN JUSTICE CENTER
   Attorneys for Plaintiffs
   123 William Street, 16th Floor
   New York, NY 10038
   Tel:  646.459.3006
   Fax:  212.533.4598