THE LAW OFFICES OF SCOTT B. TULMAN
& ASSOCIATES, PLLC
Susan Papano (SP-2294)
369 Lexington Avenue, 15th Floor
New York, New York 10017
(212) 867-3600
Attorneys for Defendants Kawa Sushi Inc.,
Kawa Sushi 8 Avenue Inc., Kawa Sushi II, Inc.
Yi Xiang Cao, Xin Jie Wang, Ping Zhuang Wang,
Zi Li Ke and Yi Feng Wang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X. LIAN, LI C. CHEN, and CAI S. CHEN,

                Plaintiffs,

                v.

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG,

                Defendants.

-----------------------------------------------------------------X

08 CV 02060 (SAS)(RLE)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the Law Offices of Scott B. Tulman & Associates, PLLC, by Susan G. Papano, hereby appears in connection with the above-captioned action as counsel for Defendants KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC., KAWA SUSHI II, INC., YI XIANG CAO, XIN JIE WANG, PING ZHUANG WANG, ZI LI KE, and YI FENG WANG.  The undersigned is admitted to practice in

this Court. Please direct all future correspondence to the undersigned accordingly.

Dated: June 3, 2008
      New York, New York

                                       Respectfully Submitted,

                                       THE LAW OFFICES OF SCOTT B.
                                       TULMAN & ASSOCIATES, PLLC
                                       369 Lexington Avenue, 15th Floor
                                       New York, New York 10017
                                       (212) 867-3600

                                       By:/s/_____
                                            Susan G. Papano (SP-2294)

                                       Attorneys for defendants Kawa Sushi
                                       Inc. Kawa Sushi 8 Avenue Inc,
                                       Kawa Sushi II, Inc., Yi Xiang Cao,
                                       Xin Jie Wang, Ping Zhuang Wang,
                                       Zi Li Ke and Yi Feng Wang