UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONG S. HAN, et al.,

                      **Plaintiffs,**

      - against -

KAWA SUSHI, INC., et al.,

                      **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

**ORDER**

08 Civ. 2060 (SAS) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

      **IT IS HEREBY ORDERED** that the Parties appear for a settlement conference before the Court on **July 29, 2008, at 11:00 a.m.**

SO ORDERED this 23rd day of June 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge