UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONG S. HAN, et al.,

                Plaintiffs,

- against -

KAWA SUSHI, INC., et al.,

                Defendants.

ORDER

08 Civ. 2060 (SAS) (RLE)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7-22-08*

RONALD L. ELLIS, United States Magistrate Judge:

      The above case, previously scheduled for a settlement conference on Tuesday, July 29, 2008, at 11:00 a.m., is adjourned to Thursday, August 14, 2008, at 11:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 22nd day of July 2008
New York, New York

                                          *[signature]*
                                          The Honorable Ronald L. Ellis
                                          United States Magistrate Judge