UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK

———————————————————————x
HONG S. HAN, WEN D. LIN, TIAN W. YE, XIAO X.
LIAN, LI C. CHEN, and CAI S. CHEN,

        Plaintiffs,

        v.                                                                    Civil No. 08-CV-02060

KAWA SUSHI INC., KAWA SUSHI 8 AVENUE, INC.,
KAWA SUSHI II, INC., SUSHI A LA KAWA 22, INC.,
YI XIANG CAO, XIN JIE WANG, PING ZHUANG
WANG, ZI LI KE, and YI FENG WANG,

        Defendants,
———————————————————————x

## STIPULATION OF DISMISSAL

WHEREAS, the parties having fully settled this matter, Plaintiffs and Defendants through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the Complaint and this action be and are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, except as otherwise provided in the agreement reached by Parties.

Dated: New York, New York
       August 13, 2008

*Attorney for Plaintiffs*

By: _____
David Colodny (DC-4234)
Urban Justice Center
123 William Street
New York, New York
(646) 602-5600

*Attorney for Defendants*

By: _____
Susan G. Papano (SP-2294)
The Law Offices of Scott B. Tulman & Associates, PLLC
369 Lexington Avenue, 15th Floor

                                  New York, NY 10017
                                  (212) 867-3600

SO ORDERED.

Dated:  New York, New York
           August _____, 2008

                                By: _____

                                  Judge Shira A. Scheindlin

                                  United States District Judge
                                  Southern District of New York